## SMITH v STATE

Ohio Supreme Court

No 22959. Decided March 30, 1932

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**

## HUTCHINSON v LAKEWOOD (city)

Ohio Supreme Court

No 23065. Decided March 30, 1932

Marshall, CJ, Jones, Matthias, Day, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**